# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Matsumoto, Kiyo A. | U.S. District Court (Eastern District of New York) | 07/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Distict Judge, Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board member | Residential Coop: ▓▓▓▓▓▓ |
| 2. | Honors Committee | New York City Bar Association, New York, NY |
| 3. | Family trust | Qualified Trust |
| 4. | Member Civil Procedure Drafting Committee | National Conference of Bar Examiners |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 4/25-28/19 | National Conference of Bar Examiners and filer: draft civil procedure bar questions and meet to review, $3500/10 questions/meeting |
| 2. | 10/24-7/19 | National Conference of Bar Examiners and filer: draft civil procedure bar questions and meet to review, $3500/10 questions/meeting |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 4/25-28/19 | National Conference of Bar Examiners: compensation for drafting and reviewing civil procedure bar questions. | $3,500.00 |
| 2. 10/24-7/19 | National Conference of Bar Examiners: compensation for drafting and reviewing civil procedure bar questions. | $3,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Teaching, ▬▬▬▬▬▬ |
| 2. 2019 | Self-employed rentals (spouse) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 10/10/2019 | New Paltz, NY | Bench and Bar Seminar | Meals and lodging |
| 2. | National Conference of Bar Examiners | 10/24-27/19 | Boston, MA | Drafting Bar Exam | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsumoto, Kiyo A. | 07/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Matsumoto, Kiyo A.** | 07/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Citibank IRA & Savings Acct | A | Interest | L | T | | | | | |
| 2. Chase Bank, savings, checking | C | Interest | M | T | | | | | |
| 3. Brighthouse Financial | | | | | | | | | |
| 4. -Brighthouse:Fidelity VIP Eq. Inc. | A | Int./Div. | K | T | | | | | |
| 5. -Brighthouse: MFS Research Int'l | A | Int./Div. | J | T | | | | | |
| 6. -Brighthouse: Asset All 100 | A | Int./Div. | K | T | | | | | |
| 7. ▓▓▓▓▓▓▓▓▓▓ | C | Rent | L | W | | | | | |
| 8. Series EE Savings Bond | A | Interest | J | T | | | | | |
| 9. Charles Schwab IRA Accts(lines 10-15) | | | | | | | | | |
| 10. 1. Colgate Palmolive (Common) | A | Int./Div. | J | T | | | | | |
| 11. 2. Procter & Gamble (common) | A | Int./Div. | J | T | | | | | |
| 12. 3. Hewlett Packard (common) | A | Int./Div. | J | T | | | | | |
| 13. 4. DXC Technology Com | A | Int./Div. | J | T | | | | | |
| 14. 5. Microfocus Int'l | A | Int./Div. | J | T | | | | | |
| 15. 6. Time Warner (common) | A | Int./Div. | J | T | | | | | |
| 16. Tax Deferred Retirement Annuity Plan (line 17-26) | | | | | | | | | |
| 17. -TIAA Stable Value | C | Int./Div. | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Matsumoto, Kiyo A.** | 07/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Vang 500 Idx Adm | D | Int./Div. | L | | | | | | |
| 19. -T. Rowe Inst Lrg Cap Grw | C | Int./Div. | K | T | | | | | |
| 20. -American EuroPac Grw R6 | B | Int./Div. | J | T | | | | | |
| 21. -DFA US Small Cap Prtf Inst | C | Int./Div. | K | T | | | | | |
| 22. -PIMCO Total Return Instl | C | Int./Div. | M | T | | | | | |
| 23. -PIMCO Low Duration Instl | A | Int./Div. | K | T | | | | | |
| 24. -T-C Money Market Rtmt | A | Int./Div. | J | T | | | | | |
| 25. -CREF Social Choice R1 | D | Int./Div. | L | T | | | | | |
| 26. -Vang Target Ret 2010 Inv | B | Int./Div. | K | T | | | | | |
| 27. NY State Edu. Fund: Aggressive Growth Portf. | | None | J | T | Buy (add'l) | 08/02/19 | J | A | |
| 28. Charitable RemainderTrust (JP Morgan) (see 29-30) | | Distribution | | T | Distributed (part) | 12/06/19 | K | | |
| 29. - JP Morgan Deposit Sweep | A | Int./Div. | J | T | | | | | |
| 30. -Federated Strategic Value | D | Int./Div. | N | T | | | | | |
| 31. Jackson Nat'l Life Ins. Co. -monthly fixed annuity | C | Distribution | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Tax Deferred Retirement Annuity Plan (lines 16-26) is not self directed. We do not exercise control over what is purchased, sold or dates.

Column B: (Items 16-26): The quarterly statements for the above do not specify either income or transactions, but state values which are reqported. I used the "Gain or Loss" amount to report income in Column the B.

The Charitable Remainder Trust (lines 28-30) is not owned by the filer, but the filer receives a distribution of income annually as a beneficiary. The trust corpus will be donated to charity upon the filer's death. The filer does not choose or direct the purchase or sale of assets held by the trust and is not provided information regarding same. The Column D (4) is being left blank because there was a loss.

Line 28, Column D 1: I am not provided with the individual transaction information or whether the distribution of income came from the assets in 29 or 30.

The Jackson National Life Insurance Co. (line 31) pays a fixed monthly annuity based on ▮▮▮ death.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Kiyo A. Matsumoto**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544